IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERY TY GRIFFEY, | No. C 01-03483 WHA |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| SUE HUBBARD, Warden | |
| Respondent. | |

    Respondent Sue Hubbard is **ORDERED TO SHOW CAUSE BY NOON, MAY 26, 2006**, why the Court should not issue a conditional writ of habeas corpus instructing the state that it may either retry petitioner Tery Ty Griffey within an appropriate period to be determined by the Court, or release him from custody.

**IT IS SO ORDERED.**

Dated: May 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE