United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERY TY GRIFFEY,

    Petitioner,

  v.

SUE HUBBARD, Warden,

    Respondent.
                                 /

No. C 01-03483 WHA

**ORDER DESIGNATING CASE FOR ELECTRONIC CASE FILING AND ASKING COUNSEL FOR RESPONDENT TO CLARIFY WHO IS PROPER PARTY**

### ELECTRONIC CASE FILING

    This case is hereby **DESIGNATED FOR INCLUSION IN THE ELECTRONIC CASE FILING PROGRAM** pursuant to General Order No. 45 of the U.S. District Court for the Northern District of California.

    Electronic case filing (ECF), also called e-filing, provides quicker communication of time-sensitive documents among parties, the Court and the Clerk. It also provides wider and easier access to important public documents.

    The Court requires parties designated for inclusion in the e-filing system to abide by Federal Rule of Civil Procedure 5(e), Order No. 45 and Civil Local Rules 5-4 and 5-5(b). The General Orders, Local Rules and comprehensive information about the e-filing system are at ecf.cand.uscourts.gov. Requests for a printed copy of Order No. 45 should be addressed to: Guidelines for Electronic Case Filing, Clerk, U.S. District Court, 450 Golden Gate Ave., San Francisco, CA 94102. Please enclose a stamped, self-addressed envelope bearing first-class postage.

Among the important provisions of these rules is that "[e]ach attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon notification that the action is subject to ECF," Gen. Order No. 45, § IV.A., and that "parties are required to lodge for chambers no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically," *id.* § VI.G. Chambers copies must be delivered to the Clerk's Office. *Ibid.* Please review the rules and Order No. 45 in their entirety. Your full compliance is required and expected.

If you believe that you should be exempted from e-filing, please make an administrative motion to be excluded. *See* Civil L.R. 7-11.

**PROPER RESPONDENT**

Counsel for respondent is **ORDERED TO RESPOND BY NOON, MONDAY, MAY 22, 2006,** to advise the Court as to whether Sue Hubbard remains the warden, and thus the proper respondent, and, if she does not, who is.

**IT IS SO ORDERED.**

Dated: May 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2